CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 28 2015

JULIA C. DUDLEY, CLERK
BY: HMcDaneo
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JESSIE L. BRADSHAW,<br>    Petitioner, | Case No. 7:14-cv-00654 |
| v. | |
| HAROLD CLARKE,<br>    Respondent. | By: Jackson L. Kiser<br>Senior United States District Judge |

## FINAL ORDER

In accordance with the written Memorandum Opinion entered this day, it is hereby **ORDERED** that Respondent's motion to dismiss (Doc. No. 8) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and Respondent.

Entered: September 28, 2015

*/s/ Jackson L. Kiser*
Jackson L. Kiser
Senior United States District Judge

7